FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

12 FEB -1 PM 1: 15

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

| | |
|---|---|
| MICHAEL R. ATRAQCHI and ) <br> IRENE S. ATRAQCHI ) <br> 1200 North Westshore Blvd-#356 ) <br> Tampa, Florida 33607 ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA ) <br> ) <br> BARACK OBAMA ) <br> 1600 Pennsylvania Ave. NW ) <br> Washington, DC 20500 ) <br> ) <br> MICHELLE OBAMA ) <br> 1600 Pennsylvania Ave. NW ) <br> Washington, DC 20500 ) <br> ) <br> JIM MESSINA ) <br> 1600 Pennsylvania Ave. NW ) <br> Washington, DC 20500 ) <br> ) <br> JOHN DOE AND JANE DOE 1-350,000,000 ) <br> ) <br> Defendants. ) | Civ. No. 8:12 CV 209 27 AEP <br><br> Judge <br><br><br> COMPLAINT <br> FOR DECLARATORY RELIEF <br> AND INJUNCTIVE RELIEF <br><br><br> JURY DEMAND |

## FEDERAL QUESTION COMPLAINT

Plaintiffs, Michael R Atraqchi and Irene S Atraqchi, husband and wife, U.S. citizens, pro se, for their complaint, allege the following upon information and belief:

The Plaintiffs bring this action under 18 USCA 2520 of Chapter 119 (18 USCA 2510-2521), to obtain preliminary and permanent injunctive relief against the Defendants for illegally wiretapping their telephone and electronical surveillances of their hotel room in the State of



Florida, Tampa area, on the train, and elsewhere from the White House, for the purpose of isolating and criminating the Plaintiffs and impose religious inquisition upon them, homosexualize, rape, and blackmail, and procure them into a field of interception of illegal wire communications where they will be forced to commit crimes against humanity, homosexualizing, prostituting and stealing property of innocent individuals, citizens of the United States of America and convert them to the Baptist sect of Christianity in violation of the law and the U.S. Constitution.

The Plaintiffs are suing all of the Defendants listed above individually for money and in their official capacity for injunctive relief, except the United States of America's Government is for injunctive relief only, since it is sovereign.

## JURISDICTION AND VENUE

This Court has subject matter jurisdiction pursuant 28 USC 1331, 28 USC 1343(3), 28 USC 1343(4), 18 USCA 2520, and under the US Constitution, Amendments 1, 4, and 14, to enjoin the Defendants and their co-conspirators, from wiretapping and electronic monitoring the Plaintiffs and deprive them from all economical opportunities and living in this area, and that all acts stated below happened in the State of Florida and more specifically in the Tampa area.

## COMPLAINT

1  The Plaintiffs Michael Atraqchi, seventy-five years old, and Irene Atraqchi, seventy years old, husband and wife, retired, of good repute, minding their own business, and attempting to live in peace in the twilight years of their life, have been separated from their children for the last thirty years, by the acts of Obama, when he illegally wiretapped them in San Francisco, when he

2

was hopping from one Mosque to another looking for poor Muslim victims to convert them to this cult, sodomizing and blackmailing them in the process, and force them to commit crimes against humanity in violation of the law and the U.S. Constitution.

2 As a result of this illegal wiretapping and electronical surveillances imposed upon them by the act of Obama and his mentor Khalid Al-Mansour, (not party to this suit at this time) a black American attorney, who converted to Islam, as he claims, conspired on or about 1983 to send the Atraqchis to the Bahamas, to deposit their life savings of $150,000.00, in Al-Mansour's bank for safe keeping, only to learn that they framed the Atraqchis as a " pimp and prostitute" alerting the Bahamian authorities to arrest them on false pretenses, whereby Al-Mansour and Obama will come to their rescue, sodomize them in the process and rip them off of their money, and were saved by the Honorable George HW Bush, President (not party to this suit) and the CIA, (not party to this suit), and were returned back safely to the USA, within less than twenty-four hours from their arrival at the Bahamas.

3. As a result of the illegal wiretapping, Barack Obama continued to monitor the Atraqchis, employing Jim Messina and his wife, and illegally wiretapping them from the White House, to cover up, his five attempts to assassinate Mike Atraqchi and Irene Atraqchi in the DC area, while he was a Senator and later a President, but were saved by former President, the Honorable George W Bush, (not party to this suit), and the CIA and the FBI (not parties to this suit) and his former Attorney General, the Honorable Alberto Gonzales, (not party to this suit).

4. As a result of said illegal wiretapping, the Plaintiffs lost their children and properties and were forced to seek and were granted asylum in Sweden, on or about February 1986, only to

3

be returned back after three days by the Honorable George HW Bush and the CIA for fear of assassination.

5. Defendants Barack Obama is the President of the United States of America, together with his wife, Michelle Obama, and their Chief of Staff, Jim Messina, while clothed with the authority of the United States of America, have acted toward the Plaintiffs in an unusual manner, illegally wiretapped their phone, conspired to homosexualize them, inflicted physical injuries and damages to their well being and their children, using the psychology and law to break them down, disperse them from their home, and families, and attempting to rape, and procure them into this field of interception of illegal wire communications, imposed upon them in violation of the law and the U.S Constitution.

6. The Atraqchis never met or knew Barack Obama, Michelle Obama, or Jim Messina.

7. Defendants John Doe and Jane Doe are unknown at this time, but will be substituted when the true identity of the individuals is discovered.

8. The Plaintiffs moved to the State of Florida, to the Tampa area, to live and work, from Washington, DC arriving in the Tampa area on the 28th of January, 2012, only to discover that a new field of interception of illegal wire communications have been imposed upon them by the Defendants and co-conspirators in this area in which they were harassed and intimidated, to blackmail, homosexualize and criminate them and return them back to Washington, D.C., where the Obams and their colleagues are awaiting the Atraqchis, including Judge Robert Wilkins, (not party to this suit), Obama appointee, together with the U.S. Attorney Ronald Machen, Jr., (not party to this suit) for the District of Columbia, a colleague of the Obamas from Harvard law

school, as well as Judge Judith Macaluso, (not party to this suit), of the DC Superior family court, awaiting the Atraqchis to criminate them dismissing their federal question complaint pursuant to 18 USC 2520 and reduce the action to a family squabble from illegal wiretapping and electronical surveillances.

9. All of the above stated Judges and Attorney are black and colleagues of Barack Obama and Michelle Obama, and should have recused themselves from this action and a special prosecutor should have been appointed by the Attorney General to prosecute the Atraqchis' case in Federal Court, as it should be and give the Atraqchis the relief which they are entitled to.

10. Barack Obama prevented the Atraqchis from reaching the US Supreme Court, declaring 18 USCA 2520 is a civil action and not criminal one, and the Atraqchis must pay the fees and produce the document to the Supreme Court in type setting form, which the Atraqchis could not afford, since they are living on $900.00 a month, social security pension, as a total monthly income.

11. The Atraqchis would have been forced to listen to false witnesses at the family court in the Superior Court of the District of Columbia, including their two daughters, accusing their parents falsely of raping them, as well as certain foreign individual witnesses who allege falsely to have had a sexual encounter with Mike Atraqchi, while bribed with citizenship and money, whereby all will perjurer themselves and force the Atraqchis to consent to the illegal wiretapping of their telephone retro active to 1983 to save Obama harmless of the law, and render the Atraqchis criminals in violation of the law and the US Constitution.

12. As a reward, for their destruction, the Atraqchis will receive one million dollars in

compensation without an injunction and without invoking Statute 18 USCA 2520 and that they will be subjected to suits by Jim Messina and others to deprive them out of the million and render them poor and destitute, and force them into this conspiracy whereby they will be committing crimes against humanity and against innocent people to get their daily bread. Eventually, they will be killed for exposing this religious cult and the Obamas.

13. As a result of this illegal wiretapping and electronic surveillances by the Defendants stated above, the Atraqchis were subjected to attempted rape in their apartment building, Washington, DC, on January 26th and 27th, 2012, by their black neighbors, Inez Ruffin and Hayward Ruffin, (not party to the suit at this time) together with the management of that DC Housing Authority, Arthur Capper Senior 1, (not party to the suit at this time), Washington, DC, a subsidized Government housing for the elderly, when the Atraqchis were timed, located by their neighbors, when the Ruffins opened the door of their apartment immediately upon the Atraqchis passing by their apartment in the hallway, an attempt to force the Atraqchi into their apartment, twice in two consecutive days, while staring at them, which resulted in the Atraqchis leaving the apartment complex and traveled to Tampa to escape the rape, leaving behind them all their belongings and records in a desperate act to save themselves from being raped and criminated.

14. Inez Ruffin and Hayward Ruffin are big and strong, and younger than the Atraqchis, and could have easily overpowered them and indeed they have been planted in their apartment building to spy and rape the Atraqchis by the Obamas, Messina and the management of DC Housing Authority complex.

15. As a result of this illegal wiretapping the Atraqchis are unable to obtain a rental

apartment in Tampa, and no one ever returned their phone calls for their inquiry to rent an apartment from many apartment offices which they have contacted during the last three days in this area, to force them to go back where they will be easy prey for the Defendants and their co-conspirators.

16. As a result of this illegal wiretapping and electronical surveillances, the Plaintiffs encountered great harassment, intimidation, isolation and were refused service even to clean their room for three days by the employees and the management as well as severe harassment by the hotel guests which will render the Atraqchis homeless and expose them to death and destruction, all to their detriment and the benefit of the Obamas and their co-conspirators.

17. The Atraqchis will suffer irreparable damage and death at the hands of the co-conspirators if the field of interception of illegal wiretapping communications is left unchecked.

18. As a result of this illegal wiretapping the Atraqchis are in financial ruin, unable to support themselves, and will become a burden on the society and forever.

19. WHEREFORE, the Plaintiffs demand:

    a. A declaratory judgment that the Atraqchis have illegally been wiretapped in violation of their First, Fourth, Fifth and Fourteenth Amendments to the U.S. Constitution.

    b. A declaratory judgment that Ch 119 pre-empts the field of interception of illegal wire communications.

    c. A declaratory judgment that all activities of the defendants, including all taps authorized violated the same federal statutes and constitutional provisions.

    d. An injunction against any criminal prosecution of the Plaintiffs based on taps.

e. An order sealing the results of the taps.

f. Compensatory damages of $50,000 and punitive damages of $10,000,000 to redress violations of Plaintiffs' Fourth and Fourteenth Amendment rights, plus attorney's fees and costs.

g. Compensatory liquidated damages of $100 per day and punitive damages of $10,000,000 for violation of Plaintiffs' rights under 18 USCA 2520, plus attorney's fees and costs; and

h. Permanent injunction against the Defendants from performing all criminal acts in the future, including wiretapping and dissemination of all material gain, homosexualizing, prostituting, and ripping off the American public, from 1 to 350,000,000, including the Atraqchis.

i. Any further relief which the Court may deem appropriate.

Michael R Atraqchi

Irene S Atraqchi

1200 North Westshore Blvd.,#356
Tampa, Florida 33607
(202) 360-9004

Dated 2/1/12